UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASAHIDE KANAYAMA,

  Petitioner,

-v-

SCOTT KOWAL, *et al.*,

  Respondents.

26-CV-1402 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On February 19, 2026, Petitioner Masahide Kanayama filed a petition for a writ of *habeas corpus* under 28 U.S.C. § 2241.  (ECF No. 1.)  On the same day, Petitioner filed an emergency motion to stay his extradition.  (ECF No. 2.)  The Court, having examined the Petition and motion to stay, hereby ORDERS that:

(1) Respondents are directed to file a response to Petitioner's motion to stay his extradition before 5:00 p.m. on February 24, 2026.

(2) The parties shall appear for an in-person conference with the Court on February 25, 2026 at 3:00 p.m.  The conference will be held in Courtroom 706, Thurgood Marshall United States Courthouse, 40 Foley Sq., New York, New York, 10007.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.  Counsel for Respondents shall promptly enter notices of appearance.

SO ORDERED.

Dated: February 19, 2026
    New York, New York

_____
    J. PAUL OETKEN
    United States District Judge