UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASAHIDE KANAYAMA,

     Petitioner,

  -v-

SCOTT KOWAL,

     Respondent.

26-CV-1402 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Petitioner Masahide Kanayama moves for a stay of extradition pending interlocutory appeal to the Second Circuit of this Court's prior opinion and order denying Kayanama's emergency motion to stay extradition. (ECF No. 13.) For the reasons stated in the Court's opinion at Docket Number 11, Kanayama's motion for a stay of extradition pending interlocutory appeal is DENIED.

The Clerk of Court is directed to close the motion at Docket Number 13.

SO ORDERED.

Dated: February 27, 2026
   New York, New York

_____
J. PAUL OETKEN
United States District Judge